IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GEORGE WELCH,

    Plaintiff,                        13cv1058

                                     **ELECTRONICALLY FILED**

    v.

BANK OF AMERICA,

    Defendant.

## ORDER OF COURT

And now, this 11th day of February, 2014, for the reasons set forth in the accompanying Memorandum Opinion, Defendants' Motion to Dismiss (doc. no. 14) is GRANTED; and, Plaintiff's Complaint and Amended Complaint is DISMISSED with prejudice. The Clerk shall mark the docket closed.

                                     SO ORDERED, this 11th day of February, 2014

                                     s/ Arthur J. Schwab
                                     Arthur J. Schwab
                                     United States District Court Judge

cc:     All ecf-registered counsel of record

**GEORGE E. WELCH**
1205 Robinia Drive
Pittsburgh, PA 15221-1364
PRO SE